MICHAEL J. STEINER (State Bar No. 112079)
JOSHUA E. WHITEHAIR (State Bar No. 244900)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES SALONDAKA,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a business entity form unknown; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., a business entity form unknown; KIRSTEN WISE, an individual; JULIE YOUNG, an individual; all persons or entities unknown claiming any legal or equitable right, title estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>    Defendants. | Case No.: 2:09-cv-01550-JAM-JEM<br><br>**JUDGMENT** |

| | |
|---|---|
| 1 | The Court having entered an order dismissing the First Amended Complaint in its entirety |
| 2 | with prejudice, and good cause appearing thereof: |
| 3 | IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a judgment of dismissal |
| 4 | with prejudice be entered in favor of defendant Countrywide Home Loans, Inc. and against |
| 5 | plaintiff James Salondaka. |
| 6 | IT IS SO ORDERED. |
| 7 | DATED: February 3, 2010 /s/ John A. Mendez_____ |
| 8 | United States District Court Judge |

-2-

PDF created with pdfFactory trial version www.pdffactory.com