MICHAEL J. STEINER (State Bar No. 112079)
JOSHUA E. WHITEHAIR (State Bar No. 244900)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
COUNTRYWIDE HOME LOANS, INC.

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JAMES SALONDAKA,<br><br>            Plaintiff,<br><br>     vs.<br><br>COUNTRYWIDE HOME LOANS, INC., a business entity form unknown; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC., a business entity form unknown; KIRSTEN WISE, an individual; JULIE YOUNG, an individual; all persons or entities unknown claiming any legal or equitable right, title estate, lien or interest in the property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No.:  2:09-cv-01550-JAM-JEM<br><br>**JUDGMENT** |

The Court having entered an order dismissing the First Amended Complaint in its entirety with prejudice, and good cause appearing thereof:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a judgment of dismissal with prejudice be entered in favor of defendant Countrywide Home Loans, Inc. and against plaintiff James Salondaka.

IT IS SO ORDERED.

DATED: February 3, 2010            /s/ John A. Mendez_____
                                    United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com